**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KEVIN HONEYCUTT, et al.. | Case No.: 18-CV-02853 W (KSC) |
| Plaintiffs, | |
| v. | **ORDER DISMISSING CASE WITH PREJUDICE** |
| FORD MOTOR COMPANY; et al. | |
| Defendants. | |

The parties have filed a Joint Stipulation and Order for Dismissal with Prejudice [Doc. 35], in which they request an order dismissing the case. Good cause appearing, the Court **ORDERS** this matter **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

Dated: December 20, 2019

Hon. Thomas J. Whelan
United States District Judge

1